

Michael P. Kandler  |  Partner
Direct 914.798.5444  |  mkandler@goldbergsegalla.com

August 17, 2021

**Via ECF, First Class Mail
and Email: EngelmayerNYSDChambers@nysd.uscourts.gov**

The Hon. Paul A. Engelmayer
U.S. District Court Judge
U.S. District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

    Re:  The Cobblestone Lofts Condominium v. Admiral Indemnity Co., et al.
        Docket No.: 1:21-cv-05737-(PAE)(OTW)

Dear Judge Engelmayer:

  In response to your Order dated August 3, 2021, the Defendants are submitting this letter to advise the Court that based upon a Declaration by one of the Cobblestone Unit Owners with supporting Exhibits which was provided to the Defendants yesterday, the Defendants do not believe that jurisdictional discovery is required in this matter. Counsel for Plaintiff and counsel for the Defendants are currently discussing the terms of a proposed Stipulation to remand this action back to New York State Supreme Court, New York County. The Parties expect that the terms of the stipulation will be agreed upon shortly, and that the stipulation will then be submitted to Your Honor to be "So Ordered."

  Thank you for your attention in this regard.

              Respectfully submitted,

              *Michael P. Kandler*
              Michael P. Kandler (MPK 8683)

            /s/ *J. Gregory Lahr*
              J. Gregory Lahr

MPK:pac

cc:  All counsel of record via ECF

**Please send mail to our scanning center at: PO Box 1020, Buffalo NY 14201**

50 Main Street, Suite 425, White Plains, NY 10606-1934  |  914-798-5400  |  914-798-5401  |  **www.goldbergsegalla.com**
CALIFORNIA  |  CONNECTICUT  |  FLORIDA  |  ILLINOIS  |  NEW JERSEY  |  NEW YORK  |  NORTH CAROLINA  |  MARYLAND  |  MISSOURI  |  PENNSYLVANIA
30913591.v1