UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE COBBLESTONE LOFTS CONDOMINIUM,

Plaintiff,

- against –

ADMIRAL INDEMNITY COMPANY, GREAT AMERICAN INSURANCE COMPANY and SHANE McMAHON and MARISSA McMAHON, individually and as parents and legal guardians of their Minor Children, AM, BM and CM

Defendants.

Civil Action No:
1:21-cv-05737-(PAE)(OTW)

**STIPULATION AND**
**ORDER FOR REMAND**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for all of the parties to this action that this action is hereby remanded back to the New York State Supreme Court, New York County. The Clerk of the Court is directed to close this case.

Dated: White Plains, New York
September 3, 2021

By: [signature]
ROBERT M. SULLIVAN, ESQ.
SULLIVAN & KLEIN, LLP
***Attorneys for Plaintiff***
260 Madison Avenue, 8th Floor
New York, New York 10016
(212) 695-0910
rsullivan@sullivankleinlaw.com

By: [signature]
MICHAEL P. KANDLER, ESQ.
GOLDBERG SEGALLA LLP
***Attorneys for Defendant***
***ADMIRAL INDEMNITY COMPANY***
50 Main Street, Suite 425
White Plains, New York 10606
***MAIL: PO Box 1020, Buffalo, NY 14201***
(914) 798-5400
mkandler@goldbergsegalla.com

By: J. Gregory Lahr
J. GREGORY LAHR, ESQ.
ROBINSON & COLE LLP
*Attorneys for Defendant GREAT AMERICAN INSURANCE COMPANY*
Chrysler East Building
666 Third Avenue, 20th Floor
New York, New York 10017
(212) 451-2933
glahr@rc.com

By: ____________________
MICHAEL ROBERT GORDON, ESQ.
*Attorneys for Defendants SHANE McMAHON and MARISSA McMAHON, individually and as parents and legal guardians of their Minor Children, AM, BM and CM*
51 Bedford Road, Suite 2
Katonah, New York 10536
(914) 232-9500
mgordon@gordonlawllp.com

**SO ORDERED**:

Paul A. Engelmayer

**Hon. Paul A. Engelmayer, U.S.D.J.**
9/7/21